■ Rafael Mejia, Plaintiff, v West 27th Street Rental, LLC, et al., Defendants, and 537 West 27th Street Owners, LLC, et al., Appellants. 537 West 27th Street Owners, LLC,

et al., Third-Party Plaintiffs-Appellants, v J&R GLASSWORKS, INC., et al., Third-Party Defendants-Respondents. [8 NYS3d 910]—

Appeal from order, Supreme Court, New York County (Joan M. Kenney, J.), entered September 30, 2014, which denied defendants/third-party plaintiffs' motion to stay the trial, accept as timely their motion for summary judgment on their claim against third-party defendants for contractual indemnification or grant leave to move for summary judgment based on good cause for the delay, grant them summary judgment, and, to the extent the court previously ruled on issues raised in their prior motion to vacate the note of issue, accept the motion as one for reargument, unanimously dismissed, without costs.

In a prior order, the motion court denied in its entirety defendants/third-party plaintiffs' motion, inter alia, to extend the time for moving for summary judgment. To the extent defendants/third-party plaintiffs subsequently seek leave to file a late motion for summary judgment, their motion is one for reargument, the denial of which is not appealable (*see Belok v New York City Dept. of Hous. Preserv. & Dev.*, 89 AD3d 579 [1st Dept 2011]). Concur—Friedman, J.P., Saxe, Manzanet-Daniels, Feinman and Gische, JJ.